# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOEL CHAPARRO,

       Plaintiff,

v.                                                       Case No:  6:16-cv-776-Orl-40DCI

BREVARD EXTRADITIONS, INC. and
U.S. PRISONER TRANSPORT, INC.,

       Defendants.
_____/

## ORDER

This cause is before the Court on the Second Amended Joint Motion to Approve Settlement Agreement (Doc. 29) filed on January 10, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 3, 2017 (Doc. 30), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Second Amended Joint Motion to Approve Settlement Agreement (Doc. 29) is **GRANTED** only to the extent the Court finds the settlement is fair and reasonable.

3. The Motion is otherwise **DENIED**.

4. The following language is **STRICKEN** from the Amended Settlement Agreement: "Plaintiff shall not initiate or instigate any future judicial or administrative proceedings against the Defendants that in any way involve allegations or facts arising from the hours worked during his employment with the Defendants in any forum as of the date of the execution of this Agreement."

5. This case is **DISMISSED WITH PREJUDICE**.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 20, 2017.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties